| | Joe M. Romero, Jr. Timesheet DeYapp and Juarez v. Tracy | | | |
|---|---|---|---|---|
| | | | | |
| Date | Description | Time | | |
| July 18, 2001 | Rev news article | 0.2 | | |
| July 19, 2001 | MTG Clients/Parents at office | 5.5 | | |
| July 20, 2001 | Rev news article | 0.3 | | |
| July 21, 2001 | MTG Junior Juarez at hospital | 1.8 | | |
| July 23, 2001 | MTG follow up and intake interview at hospital | 2.4 | | |
| July 23, 2001 | Memo to file re Junior Juarez | 1.2 | | |
| July 27, 2001 | 1st interview of Crystal DeYapp | 1.8 | | |
| July 28, 2001 | Rev news article | 0.1 | | |
| July 30, 2001 | Travel to Farmington | 3.3 | | |
| July 30, 2001 | MTG DeYapps and Juarez parents re strategies | 5.1 | | |
| July 30, 2001 | Travel From Farmington | 3.3 | | |
| July 31, 2001 | Case statement drafted and released | 0.4 | | |
| August 1, 2001 | Rev news article | 0.1 | | |
| August 1, 2001 | Attend interview with police department - DeYapp | 0.0 | Not Charged | |
| August 1, 2001 | Attend interview with police department - Juarez | 0.0 | Not Charged | |
| August 2, 2001 | LT to Gregory Tucker from Joe Romero | 1.9 | | |
| August 2, 2001 | Research relevant standards and civ rights actions avail. | 2.3 | | |
| August 2, 2001 | Rev news article re case, memo to file | 0.3 | | |
| August 3, 2001 | FC to Ronald Adamson from Joe Romero | 0.1 | | |
| August 3, 2001 | LT to Crystal DeYapp and Junior Juarez from Joe Romero | 2.2 | | |
| August 3, 2001 | Research relevant standards and civ rights actions avail. (cont.) | 1.1 | | |
| August 3, 2001 | CL to Crystal DeYapp from Joe Romero | 0.0 | Not Charged | |
| August 3, 2001 | CL to Junior Juarez from Joe Romero | 0.0 | Not Charged | |
| August 3, 2001 | Rev news article | 0.1 | | |
| August 5, 2001 | Rev news article | 0.2 | | |
| August 6, 2001 | Begin case plan memo | 2.4 | | |
| August 8, 2001 | MTG investigator re: plan | 2.8 | | |
| August 8, 2001 | Travel to Farmington and Back to Albuquerque | 7.0 | | |
| August 8, 2001 | MTG RRA tasks to be performed for clients | 3.0 | | |
| August 10, 2001 | MTG Investigator re: results and follow-up plan | 3.4 | | |
| August 16, 2001 | Rev news article | 0.1 | | |
| August 17, 2001 | Rev news article | 0.1 | | |
| September 5, 2001 | LT to Douglas Echols and The Chief of Police from Joe Romero | 0.5 | | |

| Date | Description | Hours | | |
|---|---|---|---|---|
| September 6, 2001 | CL to Ronald Adamson from Joe Romero | 0.0 | Not Charged | |
| September 6, 2001 | CL to Junior Juarez from Joe Romero | 0.0 | Not Charged | |
| September 6, 2001 | CL to Crystal DeYapp from Joe Romero | 0.0 | Not Charged | |
| October 15, 2001 | LT to Crystal DeYapp from Randall Harris | 0.2 | | |
| October 15, 2001 | MTG invest. In Albuquerque re: taskings and briefing | 3.1 | | |
| October 16, 2001 | LT to Sandra Price from Joe Romero | 0.2 | | |
| October 17, 2001 | CL to Junior Juarez from Joe Romero | 0.0 | Not Charged | |
| October 17, 2001 | CL to Crystal DeYapp from Joe Romero | 0.0 | Not Charged | |
| October 22, 2001 | LT to Joe Romero from Randall Harris | 0.2 | | |
| October 22, 2001 | LT to Randall Harris from Joe Romero | 0.2 | | |
| October 24, 2001 | CL to Terry Pearson from Joe Romero | 0.0 | Not Charged | |
| October 25, 2001 | CL to Ronald Adamson from Joe Romero | 0.0 | Not Charged | |
| October 25, 2001 | CL to Terry Pearson from Joe Romero | 0.0 | Not Charged | |
| October 25, 2001 | Rev news article | 0.1 | | |
| October 26, 2001 | CL to Junior Juarez from Joe Romero | 0.0 | Not Charged | |
| October 26, 2001 | CL to Crystal DeYapp from Joe Romero | 0.0 | Not Charged | |
| October 26, 2001 | TC clients re: status and plan | 0.9 | | |
| November 26, 2001 | LT to Gregory Tucker from Randall Harris | 0.1 | | |
| December 4, 2001 | CL to Crystal DeYapp from Joe Romero | 0.0 | Not Charged | |
| December 4, 2001 | CL to Junior Juarez from Joe Romero | 0.0 | Not Charged | |
| December 4, 2001 | CL to Ronald Adamson from Joe Romero | 0.0 | Not Charged | |
| March 5, 2002 | CL to Tom Gilespie from Joe Romero | 0.0 | Not Charged | |
| April 16, 2002 | Researching facts, legal research for complaint, TC clients re questions for complaint, Drafting Complaint | 8.3 | | |
| April 22, 2002 | Drafting summonses | 0.6 | | |
| April 22, 2002 | Finalizing complaint | 2.1 | | |
| April 22, 2002 | Filing Complaint | 0.2 | | |
| April 24, 2002 | FC to Joe Romero from Ronald Adamson | 0.0 | Not Charged | |
| May 6, 2002 | LT to Junior Juarez from Joe Romero | 0.2 | | |
| June 5, 2002 | LT to Luis Robles from Joe Romero | 0.2 | | |
| June 5, 2002 | LT to Donald Martinez from Joe Romero | 0.2 | | |
| June 10, 2002 | LT to Joe Romero from Luis Robles | 0.2 | | |
| June 19, 2002 | LT to Luis Robles from Joe Romero | 0.1 | | |
| June 21, 2002 | LT to UNM Hospital from Joe Romero | 0.2 | | |
| July 8, 2002 | LT Joe Romero from UNMH | 0.1 | | |
| July 9, 2002 | LT to UNM Hospital from Joe Romero | 0.1 | | |
| July 9, 2002 | LT to UNM Business Office from Joe Romero | 0.2 | | |

| | | | |
|---|---|---|---|
| July 19, 2002 | LT to Robert Sandoval from Joe Romero | 1.2 | |
| July 24, 2002 | LT to Joe Romero from Richard Gerding | 0.1 | |
| August 2, 2002 | Rev entry of appearance | 0.1 | |
| August 2, 2002 | LT to Robert March from Luis Robles | 0.1 | |
| August 6, 2002 | CL to Luis Robles from Joe Romero | 0.0 | Not Charged |
| August 7, 2002 | Draft and file motion for order to facilitate electronic filing | 0.3 | |
| August 7, 2002 | Draft and file notice of filing 1st amended complaint | 0.3 | |
| August 7, 2002 | Drafting and filing First Amended Complaint | 2.1 | |
| August 8, 2002 | CL to Crystal DeYapp from Joe Romero | 0.0 | Not Charged |
| August 9, 2002 | Download and Rev order by Magistrate Judge Richard L. Puglisi granting mtn for order to facilitate electronic filing | 0.2 | |
| August 15, 2002 | CL to Luis Robles from Joe Romero | 0.0 | Not Charged |
| August 26, 2002 | LT to Joe Romero from Luis Robles | 0.1 | |
| August 26, 2002 | LT to Joe Romero from Luis Robles | 0.1 | |
| August 26, 2002 | LT to Joe Romero from Luis Robles | 0.1 | |
| August 26, 2002 | LT to Joe Romero from Luis Robles | 0.1 | |
| August 29, 2002 | LT to Luis Robles from Joe Romero | 0.2 | |
| August 29, 2002 | LT to Luis Robles from Joe Romero | 0.2 | |
| August 30, 2002 | Rev motion to consolidate cases CV-02-453 LCS/WWD & CV-02-452 MV/RLP | 0.1 | |
| August 30, 2002 | Rev memorandum  in support of motion to consolidate cases CV-02-453 LCS/WWD & CV-02-452 MV/RLP | 0.3 | |
| August 30, 2002 | Rev motion (memo to file) to dismiss no I: dismissal of 4th amendment claims on the basis of qualified immunity, official capacity claims against McCloskey, section 1983 municipal & supervisory liability claims & Section 1983 punitive damages claims against the City & McCloskey | 3.4 | |
| August 30, 2002 | Rev Motion  to dismiss no II: dismissal of NM constitutional & state law torts claims | 2.2 | |
| August 30, 2002 | Rev motion  for protective order staying discovery until the court rules on dispositive motions memo to file | 1.6 | |
| August 30, 2002 | LT to Robert March from Luis Robles | 0.1 | |
| August 30, 2002 | LT to Robert March from Luis Robles | 0.1 | |
| August 30, 2002 | LT to Robert March from Luis Robles | 0.1 | |
| August 30, 2002 | LT to Robert March from Luis Robles | 0.1 | |
| September 10, 2002 | Rev file and draft and file response by plaintiff to motion to consolidate cases CV-02-453 LCS/WWD & CV-02-452 MV/RLP | 1.2 | |

| September 10, 2002 | Draft and file response by plaintiff to motion for protective order staying discovery until the court rules on dispositive motions | 1.0 | | |
|---|---|---|---|---|
| September 24, 2002 | LT to San Juan Regional Medical Center | 0.1 | | |
| September 24, 2002 | LT to San Juan Regional Medical Center | 0.1 | | |
| September 25, 2002 | Rev file (meds) begin casemap dbase and work on case memo | 3.1 | | |
| September 25, 2002 | Legal research re motion in to dismiss no. I | 4.1 | | |
| October 1, 2002 | Interview and draft affidavit of Randy Popplewell | 1.9 | | |
| October 3, 2002 | LT to Luis Robles from Joe Romero | 0.2 | | |
| October 4, 2002 | FC to David Silva | 0.1 | | |
| October 6, 2002 | Research re negligence actions and case; memo to file | 3.3 | | |
| October 7, 2002 | Finalize and file response to motion to dismiss no I: dismissal of 4th amendment claims on the basis of qualified immunity, official capacity claims against McCloskey, Section 1983 municipal & supervisory liability claims & section 1983 punitive damages claims against the City & McCloskey | 3.9 | | |
| October 7, 2002 | Filing affidavit of Randy Popplewell | 0.2 | | |
| October 7, 2002 | Finalize and file respons to motion to dismiss no II: dismissal of NM constitutional & state law torts claims | 2.3 | | |
| October 7, 2002 | CL to Luis Robles from Joe Romero | 0.0 | Not Charged | |
| October 7, 2002 | LT to Judge Puglisi from Luis Robles | 0.1 | | |
| October 7, 2002 | LT to Judge Vasquez from Luis Robles | 0.1 | | |
| October 10, 2002 | Rev stip order by Senior Judge John E. Conway staying discovery until the Court rules on city defts' dispositive mtns | 0.2 | | |
| October 10, 2002 | CL to Luis Robles from Joe Romero | 0.0 | Not Charged | |
| October 11, 2002 | LT to Joe Romero from Luis Robles | 0.1 | | |
| October 11, 2002 | LT to Joe Romero from Luis Robles | 0.1 | | |
| October 11, 2002 | LT to Joe Romero from Luis Robles | 0.1 | | |
| October 21, 2002 | Download and Rev reply by defendants to response to motion to dismiss no I: dismissal of 4th amendment claims on the basis of qualified immunity, official capacity claims against McCloskey, Section 1983 municipal & supervisory liability claims & Section 1983 punitive damages claims against the City & McCloskey memo to file | 3.6 | | |
| October 21, 2002 | Rev notice of completion of briefing for mtn to dismiss No.1: dismissal of 4th amendment claims by defendants | 0.1 | | |
| October 21, 2002 | LT to Robert March from Luis Robles | 0.1 | | |

| Date | Description | | | |
|---|---|---|---|---|
| October 22, 2002 | Rev, shepardize, memo to file re: reply by defendants to response to motion to dismiss no II: dismissal of NM constitutional & state law torts claims | 4.6 | | |
| October 22, 2002 | Rev notice of completion of briefing for mtn to dismiss No. II by defendants | 0.1 | | |
| October 22, 2002 | LT to Robert March from Luis Robles | 0.1 | | |
| November 5, 2002 | LT to Judge Vasquez from Luis Robles | 0.1 | | |
| November 5, 2002 | LT to Judge Vasquez from Luis Robles | 0.1 | | |
| November 12, 2002 | LT to Ronald Adamson from Luis Robles | 0.1 | | |
| December 23, 2002 | LT to Luis Robles from Joe Romero | 0.1 | | |
| January 26, 2003 | LT to Joe Romero and Ronald Adamson from Luis Robles | 0.1 | | |
| February 2, 2003 | LT to Joe Romero and Ronald Adamson from Luis Robles | 0.1 | | |
| March 4, 2003 | LT to Weldon Neff from Luis Robles | 0.1 | | |
| March 6, 2003 | LT to Samuel Carpenter from Joe Romero | 0.2 | | |
| March 6, 2003 | LT to Stevan Lund from Joe Romero | 0.2 | | |
| March 6, 2003 | LT to David Dunworth from Joe Romero | 0.2 | | |
| March 6, 2003 | LT to Stevan Lund from Joe Romero | 0.2 | | |
| March 6, 2003 | LT to San Juan Regional ER Physicains from Joe Romero | 0.1 | | |
| March 6, 2003 | LT to Four Corners Radiology from Joe Romero | 0.2 | | |
| March 6, 2003 | LT to Robert Grossheim from Joe Romero | 0.2 | | |
| March 6, 2003 | LT to Richard Webber from Joe Romero | 0.2 | | |
| March 7, 2003 | Bio interv of C. DeYapp | 2.8 | | |
| March 10, 2003 | LT to Weldon Neff from Luis Robles | 0.2 | | |
| March 10, 2003 | Rev Case and Prepare status memo for clients, update plan | 6.6 | | |
| March 18, 2003 | Rev medical records and prepare a memo on damages suffered by Junior Juarez | 3.0 | | |
| March 25, 2003 | FC to Carolyn Beaty from Joe Romero | 0.0 | Not Charged | |
| March 26, 2003 | CL to Four Corners Radiology from Joe Romero | 0.0 | Not Charged | |
| April 17, 2003 | Rev stip order by District Judge Martha Vazquez granting motion to consolidate cases | 0.1 | | |
| April 30, 2003 | LT to Joe Romero from Luis Robles | 0.1 | | |
| May 7, 2003 | CL to Crystal DeYapp from Joe Romero | 0.0 | Not Charged | |
| May 12, 2003 | LT to Luis Robles from Joe Romero | 0.1 | | |
| May 15, 2003 | MTG expert witness re report and follow-up questions | 2.1 | | |
| May 21, 2003 | Rev expert report draft | 0.7 | | |
| May 21, 2003 | LT to Luis Robles from Joe Romero | 0.1 | | |
| May 22, 2003 | Begin preparing settlement offer package | 4.9 | | |

| Date | Description | Hours | | |
|---|---|---|---|---|
| May 23, 2003 | Rev file, TC with clients, work on set package | 4.0 | | |
| May 25, 2003 | Rev final expert report, add info to case stategy memo send as rule 26 disc | 0.7 | | |
| May 27, 2003 | Finalize settlement pack, proof, publish | 4.2 | | |
| May 27, 2003 | CL to Crystal DeYapp from Joe Romero | 0.0 | Not Charged | |
| May 27, 2003 | FC to Luis Robles from Joe Romero | 0.0 | Not Charged | |
| May 28, 2003 | CL to Luis Robles from Joe Romero | 0.0 | Not Charged | |
| June 3, 2003 | Conduct in depth intv of Junior / strategies and explanations | 4.2 | | |
| June 9, 2003 | FC to Court Clerk from Joe Romero | 0.0 | Not Charged | |
| June 10, 2003 | CL to Luis Robles from Joe Romero | 0.0 | Not Charged | |
| June 11, 2003 | LT to Richard Gerding from Joe Romero | 0.2 | | |
| June 11, 2003 | FC to Luis Robles from Joe Romero | 0.0 | Not Charged | |
| June 11, 2003 | FC to Ronald Adamson from Joe Romero | 0.0 | Not Charged | |
| June 11, 2003 | CL to Crystal DeYapp from Joe Romero | 0.0 | Not Charged | |
| July 2, 2003 | CL to Crystal DeYapp from Joe Romero | 0.0 | Not Charged | |
| July 7, 2003 | LT to Richard Gerding from Joe Romero | 0.1 | | |
| July 8, 2003 | Draft and file of non-availability of attorney from 7/28/03 thru 8/01/03 | 0.1 | | |
| July 8, 2003 | LT to Robert March from Richard Gerding | 0.1 | | |
| July 8, 2003 | LT to Joe Romero from Richard Gerding | 0.1 | | |
| July 8, 2003 | LT to Joe Romero from Richard Gerding | 0.2 | | |
| July 9, 2003 | CL to Luis Robles from Joe Romero | 0.0 | Not Charged | |
| July 9, 2003 | FC to Court Clerk from Joe Romero | 0.0 | Not Charged | |
| July 10, 2003 | Rev objection by movant Linda Pruitt to subpoena, begin research, memo to file | 2.0 | | |
| July 15, 2003 | CL to Luis Robles from Joe Romero | 0.0 | Not Charged | |
| July 16, 2003 | LT to Court Clerk from Richsrd Gerding | 0.1 | | |
| July 22, 2003 | LT to Court Clerk from Joe Romero | 0.1 | | |
| July 23, 2003 | CL to Richard Gerding from Joe Romero | 0.1 | | |
| July 25, 2003 | CL to Crystal DeYapp from Joe Romero | 0.0 | Not Charged | |
| August 4, 2003 | LT to Weldon Neff from Luis Robles | 0.1 | | |
| August 13, 2003 | Draft and file motion/response in support of releasing grand jury tapes | 0.0 | Not Charged | |
| August 15, 2003 | LT to Luis Robles from Joe Romero | 0.1 | | |
| August 15, 2003 | FC to Luis Robles from Joe Romero | 0.1 | | |
| August 18, 2003 | LT to Joe Romero from Luis Robles | 0.1 | | |
| August 25, 2003 | FC to Stephen French and Joe Romero from Richard Gerding | 0.0 | Not Charged | |

| | | | |
|---|---|---|---|
| August 26, 2003 | CL to Crystal DeYapp from Joe Romero | 0.0 | Not Charged |
| August 28, 2003 | Draft and file notice of non-availability of attoprney from 8/30/03 thru 9/14/03 | 0.2 | |
| August 28, 2003 | LT to Joe Romero from Luis Robles | 0.1 | |
| August 28, 2003 | LT to Joe Romero and Ronald Adamson from Luis Robles | 0.1 | |
| August 28, 2003 | LT to Weldon Neff from Luis Robles | 0.1 | |
| August 29, 2003 | FC to Jody Neal-Post from Joe Romero | 0.0 | Not Charged |
| September 1, 2003 | CL to Luis Robles from Joe Romero | 0.0 | Not Charged |
| September 12, 2003 | FC to Luis Robles from Joe Romero | 0.0 | Not Charged |
| September 16, 2003 | CL to Crystal DeYapp from Joe Romero | 0.0 | Not Charged |
| September 22, 2003 | LT to Judge Puglisi from Luis Robles | 0.1 | |
| September 22, 2003 | LT to Luis Robles from Joe Romero | 0.1 | |
| September 23, 2003 | Rev unopposed motion for order lifting stay on discovery | 0.2 | |
| September 24, 2003 | LT to UNM Hospital from Joe Romero | 0.1 | |
| September 25, 2003 | Rev stip order by Magistrate Judge Richard L. Puglisi granting defts' unopposed motion for order lifting stay on discovery & vacating the stipulated order staying discovery | 0.1 | |
| September 26, 2003 | Rev initial scheduling order, calendar | 0.9 | |
| September 29, 2003 | CL to Crystal DeYapp from Joe Romero | 0.0 | Not Charged |
| September 29, 2003 | FC to Luis Robles from Joe Romero | 0.0 | Not Charged |
| September 29, 2003 | FC to Luis Robles from Joe Romero | 0.0 | Not Charged |
| September 30, 2003 | CL to Luis Robles from Joe Romero | 0.0 | Not Charged |
| September 30, 2003 | CL to Crystal DeYapp from Joe Romero | 0.0 | Not Charged |
| October 8, 2003 | CL to Crystal DeYapp from Joe Romero | 0.0 | Not Charged |
| October 8, 2003 | CL to Ronald Adamson from Joe Romero | 0.0 | Not Charged |
| October 10, 2003 | FC to Jody Neal-Post from Joe Romero | 0.0 | Not Charged |
| October 13, 2003 | CL to Jody Neal-Post from Joe Romero | 0.0 | Not Charged |
| October 14, 2003 | LT to UNM Hospital from Joe Romero | 0.1 | |
| October 20, 2003 | CL to Crystal DeYapp from Joe Romero | 0.0 | Not Charged |
| November 4, 2003 | LT to Daniel Clifford from Joe Romero | 0.1 | |
| November 7, 2003 | LT to Luis Robles from Joe Romero | 0.1 | |
| November 14, 2003 | Rev file and prepare plaintiff's portion of the PDP | 2.6 | |
| November 14, 2003 | LT to Robert March from Luis Robles | 0.1 | |
| November 16, 2003 | Work on PDP | 0.2 | |
| November 16, 2003 | Legal research re supplemental case | 1.3 | |
| November 17, 2003 | Rev notice of change of address & telephone number | 0.1 | |
| November 17, 2003 | Rev EOA defts by attorney Luis Robles | 0.1 | |

| | | | | |
|---|---|---|---|---|
| November 17, 2003 | Draft and file notice of supplemental legal authority | 0.2 | | |
| November 17, 2003 | LT to Joe Romero from Luis Robles | 0.1 | | |
| November 19, 2003 | LT to Four Corners Radiology from Joe Romero | 0.2 | | |
| November 19, 2003 | LT to San Juan Regoinal ER Physicians | 0.2 | | |
| November 24, 2003 | LT to University Physicians Associates from Joe Romero | 0.2 | | |
| November 24, 2003 | LT to Joe Romero and Ronald Adamson from Luis Robles | 0.1 | | |
| November 24, 2003 | LT to Robert March from Luis Robles | 0.1 | | |
| November 25, 2003 | LT to Joe Romero and Ronald Adamson from Luis Robles | 0.1 | | |
| November 25, 2003 | LT to Robert March from Luis Robles | 0.1 | | |
| November 26, 2003 | Rev defendants Rule 26 initial disclosures | 0.8 | | |
| November 26, 2003 | Rev cert of service by defendants of service of discovery | 0.1 | | |
| November 26, 2003 | Rule 16 scheduling conference before Magistrate Judge Richard L. Puglisi | 0.0 | Not Charged | |
| December 2, 2003 | CL to Crystal DeYapp from Joe Romero | 0.0 | Not Charged | |
| December 4, 2003 | Rev cert of serv of service of first set of interrogatories & requests for production to counsel on 12/4/03 | 0.1 | | |
| December 4, 2003 | CL to Luis Robles from Joe Romero | 0.0 | Not Charged | |
| December 10, 2003 | Rev cert of service of Rule 26 expert disclosures  to counsel on 12/10/03 | 0.1 | | |
| December 10, 2003 | CL to Luis Robles from Joe Romero | 0.0 | Not Charged | |
| December 22, 2003 | LT to Joe Romero and Ronald Adamson from Luis Robles | 0.0 | Not Charged | |
| December 29, 2003 | Rev cert by defendants of service of 1st supplemental Rule 26 initial disclosures to counsel | 0.0 | Not Charged | |
| December 29, 2003 | LT to Robert March from Luis Robles | 0.1 | | |
| December 29, 2003 | LT to Joe Romero and Ronald Adamson from Luis Robles | 0.1 | | |
| January 2, 2004 | Rev cert by defendants of service of answers & responses to 1st set of interrogs & request for production to counsel | 0.1 | | |
| January 2, 2004 | LT to Luis Robles from Joe Romero | 0.1 | | |
| January 2, 2004 | LT to Robert March from Luis Robles | 0.1 | | |
| January 2, 2004 | LT to Joe Romero and Ronald Adamson from Luis Robles | 0.1 | | |
| January 9, 2004 | Rev IPTR | | | |
| January 10, 2004 | LT to Joe Romero from UNM Hospital | 0.1 | | |
| January 12, 2004 | Rev file work on discovery plan | 2.9 | | |
| January 12, 2004 | MTG junior re Interrogatories and Requests for Production | 4.1 | | |
| January 16, 2004 | Research issues for, topics, andRev case and prepare Junior Juarez 1st set of interrog(s) & requests for production | 6.8 | | |

| Date | Description | Hours | | |
|---|---|---|---|---|
| January 16, 2004 | Draft and file cert of service first interrogatories requests for production | 0.2 | | |
| January 16, 2004 | Draft and file cert of service  Junior Juarez on answers to defts' 1st set of interrogatories and requests for production | 0.2 | | |
| January 16, 2004 | Draft and file cert of service  Crystal DeYapp of answers to defts' 1st set of interrog(s) & requests for production to counsel on 1/16/04 | 0.2 | | |
| January 16, 2004 | CL to Luis Robles from Joe Romero | 0.0 | Not Charged | |
| January 16, 2004 | CL to Luis Robles from Joe Romero | 0.0 | Not Charged | |
| January 19, 2004 | CL to Kenneth DeYapp from Joe Romero | 0.0 | Not Charged | |
| January 26, 2004 | Rev cert on answers to Interrogatories | 0.1 | | |
| January 26, 2004 | Rev answers to Interrogatories, MTG with invest., note to file/memo | 4.2 | | |
| January 26, 2004 | LT to Robert March from Luis Robles | 0.1 | | |
| February 9, 2004 | TC and coordinate with LR re motion by defendants to extend discovery & certain pretrial deadlines as described herein | 0.3 | | |
| February 9, 2004 | LT to Judge Puglisi from Luis Robles | 0.1 | | |
| February 11, 2004 | Rev order by Magistrate Judge Richard L. Puglisi granting defts' unopposed motion to extend discovery & certain pretrial deadlines | 0.1 | | |
| February 20, 2004 | LT to Risk Management Alternatives from Joe Romero | 1.0 | | |
| February 23, 2004 | Rev case re: Tracy's claim that Plaintiff was "driving by his house" prepare a response. Memo to file re case effects and admissibility | 3.1 | | |
| February 26, 2004 | LT to Joe Romero and Ronald Adamson from Luis Robles | 0.1 | Not Charged | |
| March 1, 2004 | FC to Joe Romero from Luis Robles | 0.0 | Not Charged | |
| March 1, 2004 | LT to Joe Romero and Ronald Adamson from Luis Robles | 0.1 | | |
| March 5, 2004 | Draft and file cert of service by plaintiff of Rule 26 expert disclosures to counsel on 5/21/03 | 0.2 | | |
| March 5, 2004 | FC to Luis Robles from Joe Romero | 0.0 | Not Charged | |
| March 5, 2004 | Provide scanned photographs of the discovery received from to KM | 0.1 | | |
| March 9, 2004 | Work on summarizing all police reports | 5.5 | | |
| March 12, 2004 | FC to Kevin Martinez from Joe Romero | 0.0 | Not Charged | |
| March 17, 2004 | Met with KM re: strategy and case plan | 1.0 | | |
| March 18, 2004 | FC to Joe Romero from Luis Robles | 0.0 | Not Charged | |
| March 18, 2004 | LT to Joe Romero and Ronald Adamson from Luis Robles | 0.1 | | |
| March 18, 2004 | TC RS re investigation status, plan | 0.8 | | |
| March 18, 2004 | FC to Robert Sandoval from Joe Romero | 0.0 | Not Charged | |
| March 18, 2004 | FC to Joe Romero from Luis Robles | 0.0 | Not Charged | |

| | | | | |
|---|---|---|---|---|
| March 18, 2004 | LT to Joe Romero and Ronald Adamson from Luis Robles | 0.1 | | |
| March 18, 2004 | FC to Joe Romero from Luis Robles | 0.0 | Not Charged | |
| March 18, 2004 | LT to Joe Romero and Ronald Adamson from Luis Robles | 0.1 | | |
| March 22, 2004 | LT to Daniel Clifford from Joe Romero | 0.2 | | |
| March 22, 2004 | LT to Richard Webber from Joe Romero | 0.2 | | |
| March 22, 2004 | Rev and organize and memo re expert discs for Webber | 2.3 | | |
| March 23, 2004 | Draft and file cert of Service  of Rule 26 Expert Disclosure regarding Dr. Webber | 0.2 | | |
| March 23, 2004 | Draft and file cert of Service  of Rule 26 Expert Disclosure regarding Dr. Daniel E. Clifford | 0.1 | | |
| March 23, 2004 | FC to Luis Robles from Joe Romero | 0.0 | Not Charged | |
| March 23, 2004 | FC to Luis Robles from Joe Romero | 0.0 | Not Charged | |
| March 24, 2004 | CL to Luis Robles from Joe Romero | 0.0 | Not Charged | |
| March 25, 2004 | Rev unop mo to extend deadline until 4/19/04 by which to submit Rule 26 medical expert witness reports | 0.1 | | |
| March 25, 2004 | Rev cert of service of rule 26(a)(2) expert witness disclosure  to counsel | 0.1 | | |
| March 25, 2004 | FC to Joe Romero from Kevin Martinez | 0.0 | Not Charged | |
| March 25, 2004 | LT to Joe Romero and Ronald Adamson from Luis Robles | 0.1 | | |
| March 25, 2004 | LT to Judge Puglisi from Luis Robles | 0.1 | | |
| March 30, 2004 | Rev stip order by Magistrate Judge Richard L. Puglisi granting the stipulated motion to extend deadline until 4/19/04 by which to submit Rule 26 medical expert witness reports | | | |
| April 1, 2004 | FC to Luis Robles from Joe Romero | 0.0 | Not Charged | |
| April 2, 2004 | CL to Luis Robles from Joe Romero | 0.0 | Not Charged | |
| April 9, 2004 | Rev unop mo to extend deadline to submit Rule 26 medical expert witness reports | | | |
| April 9, 2004 | LT to Judge Puglisi from Luis Robles | 0.1 | | |
| April 13, 2004 | Rev Stip Order granting unopposed motion to extend deadline to submit Rule 26 medical expert witness reports | 0.1 | | |
| April 13, 2004 | FC to Kevin Josephson from Joe Romero | 0.0 | Not Charged | |
| April 13, 2004 | Rev file, work on case memo | 3.8 | | |
| April 19, 2004 | FC to Tyler Truby from Joe Romero | 0.0 | Not Charged | |
| April 19, 2004 | Deposition of Virginia Jim (including prep work) | 1.8 | | |
| April 19, 2004 | Travel to Farmington | 3.3 | | |
| April 19, 2004 | Prep for Depo of Tracy | 3.4 | | |
| April 20, 2004 | Deposition of Gerald Taft Tracy (including prep work) | 8.2 | | |

| | | | | |
|---|---|---|---|---|
| April 21, 2004 | CL to Luis Robles from Joe Romero | 0.0 | Not Charged | |
| April 21, 2004 | CL to Kevin Martinez from Joe Romero | 0.0 | Not Charged | |
| April 21, 2004 | Travel to Albuquerque | 3.3 | | |
| April 23, 2004 | LT to Joe Romero and Ronald Adamson from Luis Robles | 0.1 | | |
| April 23, 2004 | LT to Joe Romero and Ronald Adamson from Luis Robles | 0.1 | | |
| April 26, 2004 | Rev motion for protective order re: Officer Tracy's internal affairs file | 0.2 | | |
| April 26, 2004 | Rev motion to extend discovery & certain pretrial deadlines no. II | 0.1 | | |
| April 26, 2004 | Rev cert of service of 2nd supplemental Rule 26 initial disclosures by City Defts to counsel on 4/26/04 | 0.1 | | |
| April 26, 2004 | LT to Judge Puglisi from Luis Robles | 0.1 | | |
| April 26, 2004 | LT to Joe Romero and Ronald Adamson from Luis Robles | 0.1 | | |
| April 27, 2004 | CL to Kevin Martinez from Joe Romero | 0.0 | Not Charged | |
| April 27, 2004 | CL to Crystal DeYapp from Joe Romero | 0.0 | Not Charged | |
| April 28, 2004 | LT to Luis Robles from Medical Evaluation Center | 0.1 | | |
| April 29, 2004 | Rev 2nd supp discs; memo to file | 1.8 | | |
| May 10, 2004 | Rev cert of compliance for stipulated protective order re: Officer Tracy's internal affairs file | 0.1 | | |
| May 17, 2004 | Rev Cert by defendants of service of 2nd supplemental answers & responses to 1st set of interrogs & request for production | 0.1 | | |
| May 17, 2004 | Rev cert by defendants of service of 3rd supplemental Rule 26 initial disclosures | 0.1 | | |
| May 17, 2004 | Deposition of Kaylea Lobato (including prep work) | 1.6 | | |
| May 17, 2004 | Deposition of Seaprie Lobato (including prep work) | 1.1 | | |
| May 17, 2004 | Travel to Farmington | 3.3 | | |
| May 18, 2004 | Deposition of Alicia Dawn Ulibarri no show (including prep work) | 0.3 | | |
| May 18, 2004 | Deposition of Leslie Strickland (including prep work) | 0.8 | | |
| May 18, 2004 | Deposition of Nora Joe (including prep work) | 2.1 | | |
| May 18, 2004 | Deposition of Alicia Dawn Ulibarri (finally showed up) | 1.1 | | |
| May 18, 2004 | Travel to Albuquerque | 3.3 | | |
| May 19, 2004 | Rev 2nd supp answers; memo to file | 1.8 | | |
| May 19, 2004 | Rev 3rd supp discs note to file | 1.5 | | |
| May 26, 2004 | Rev notice of change of address | 0.1 | | |
| June 1, 2004 | Rev notice of change of address | 0.1 | | |
| June 1, 2004 | Rev EOAppear note to file | 0.2 | | |
| June 1, 2004 | Rev Cert of service of 4th supplemental Rule 26 disclosures | 0.1 | | |

| | | | | |
|---|---|---|---|---|
| June 1, 2004 | Rev Cert of service of Officer Tracy's 3rd supplemental answers & responses to 1st set of interrog(s) & request for production | 0.1 | | |
| June 2, 2004 | FC to Kevin Martinez from Joe Romero | 0.0 | Not Charged | |
| June 2, 2004 | CL to Crystal DeYapp from Joe Romero | 0.0 | Not Charged | |
| June 3, 2004 | Rev order transferring case to the Albuquerque Division and reassigning case from Chief Judge Martha Vazquez to Senior Judge James A. Parker | 0.1 | | |
| June 3, 2004 | Rev cert of service of 1st supplemental Rule 26(a)(2) expert witness disclosures | 0.1 | | |
| June 4, 2004 | Rev 4th supp discs | 1.5 | | |
| June 4, 2004 | Rev 3rd supp Interrogatory responses by tracy | 1.2 | | |
| June 7, 2004 | rev unop mo  to extend deadline to submit Rule 26 medical expert witness reports No.II | 0.2 | | |
| June 8, 2004 | Rev stip order by Magistrate Judge Richard L. Puglisi granting defts' unopposed mtn to extend deadline until 6/28/04 to submit Rule 26 medical expert witness reports No.II | 0.1 | | |
| June 8, 2004 | LT to Luis Robles from The San Juan County Sheriff's Office | 0.1 | | |
| June 10, 2004 | LT to Joe Romero and Ronald Adamson from Luis Robles | 0.1 | | |
| June 11, 2004 | CL to Kevin Martinez from Joe Romero | 0.0 | | |
| June 11, 2004 | LT to Joe Romero, Ronald Adamson, and Kevin Martinez from Luis Robles | 0.1 | | |
| June 14, 2004 | LT to Joe Romero, Ronald Adamson, and Kevin Martinez from Luis Robles | 0.1 | | |
| June 16, 2004 | rev IPTR by Senior Judge James A. Parker and Magistrate Judge Richard L. Puglisi | | | |
| June 18, 2004 | LT to Joe Romero, Ronald Adamson, and Kevin Martinez from Luis Robles | 0.1 | | |
| June 18, 2004 | LT to Joe Romero and Ronald Adamson from Luis Robles | 0.1 | | |
| June 21, 2004 | FC to Kevin Martinez from Joe Romero | 0.0 | Not Charged | |
| June 22, 2004 | CL to Kevin Martinez from Joe Romero | 0.0 | Not Charged | |
| June 22, 2004 | CL to Crystal DeYapp from Joe Romero | 0.0 | Not Charged | |
| June 22, 2004 | FC to Kevin Martinez from Joe Romero | 0.0 | Not Charged | |
| June 22, 2004 | CL to Kevin Martinez from Joe Romero | 0.0 | Not Charged | |
| June 22, 2004 | CL to Crystal DeYapp from Joe Romero | 0.0 | Not Charged | |
| June 23, 2004 | FC to Ronald Adamson from Joe Romero | 0.0 | Not Charged | |
| June 23, 2004 | FC to Kevin Martinez from Joe Romero | 0.0 | Not Charged | |
| June 23, 2004 | CL to Luis Robles from Joe Romero | 0.0 | Not Charged | |

| Date | Description | Hours | Charged | |
|---|---|---|---|---|
| June 23, 2004 | FC to Kevin Martinez from Joe Romero | 0.0 | Not Charged | |
| June 23, 2004 | FC to Kevin Martinez from Joe Romero | 0.0 | Not Charged | |
| June 23, 2004 | FC to Luis Robles from Joe Romero | 0.0 | Not Charged | |
| June 23, 2004 | LT to Joe Romero, Ronald Adamson, and Kevin Martinez from Luis Robles | 0.1 | | |
| June 23, 2004 | FC to Kevin Martinez from Joe Romero | 0.0 | Not Charged | |
| June 23, 2004 | FC to Kevin Martinez from Joe Romero | 0.0 | Not Charged | |
| June 23, 2004 | MTG with Kevin Martinez division of duties, taskings, etc | 2.7 | | |
| June 23, 2004 | MEMO to Invest. Taskings | 2.1 | | |
| June 23, 2004 | Provide memorandum from Robert Sandoval to KM | 0.1 | | |
| June 28, 2004 | Rev memorandum opinion and order by Senior Judge James A. Parker granting/denying in part motion to dismiss no II: dismissal of NM constitutional & state law torts claims & motion to dismiss no I: dismissal of 4th amendment claims the basis of qualified immunity, official capacity claims against McCloskey, section 1983 municipal & supervisory liability claims & Section 1983 punitive damages claims against the City & McCloskey; memo to file, TC KM re strategy and appel. issues | 5.1 | | |
| June 28, 2004 | Rev order of partial dismissal by Senior Judge James A. Parker | 0.1 | | |
| June 28, 2004 | LT to Joe Romero and Ronald Adamson from Luis Robles | 0.1 | | |
| June 29, 2004 | Rev cert of service of 5th supplemental Rule 26 initial disclosures to counsel on 6/29/04 | 0.1 | | |
| June 29, 2004 | Rev. Cert of service of deft Tracy's 4th supplemental answers & responses to 1st set of interrog(s) & request for production to counsel on 6/29/04 | 0.1 | | |
| June 29, 2004 | LT to Joe Romero and Ronald Adamson from Luis Robles | 0.1 | | |
| June 29, 2004 | LT to Robert March from Luis Robles | 0.1 | | |
| July 1, 2004 | CL to Crystal DeYapp from Joe Romero | 0.0 | Not Charged | |
| July 1, 2004 | CL to Daniel Clifford from Joe Romero | 0.0 | Not Charged | |
| July 1, 2004 | CL to Thomas Gillespie from Joe Romero | 0.0 | Not Charged | |
| July 1, 2004 | CL to Richard Webber from Joe Romero | 0.0 | Not Charged | |
| July 2, 2004 | MtG with Kevin Martinez re depo of Ronald Foote | 1.0 | | |
| July 3, 2004 | Rev 5th supp rule 26 discs | 0.5 | | |
| July 3, 2004 | Rev 4th supp answers to Interrogatories | 0.6 | | |
| July 6, 2004 | Locating process servers, TC, and LT to American Professional Investigators from Joe Romero | 1.9 | | |
| July 6, 2004 | FC to Kevin Martinez from Joe Romero | 0.0 | Not Charged | |

| | | | |
|---|---|---|---|
| July 6, 2004 | FC to Luis Robles from Joe Romero | 0.0 | Not Charged |
| July 6, 2004 | FC to Ronald Adamson from Joe Romero | 0.0 | Not Charged |
| July 6, 2004 | FC to Certified Court Reports, Inc, from Joe Romero | 0.0 | Not Charged |
| July 6, 2004 | FC to Joe Romero from Luis Robles | 0.0 | Not Charged |
| July 6, 2004 | LT to Joe Romero and Ronald Adamson from Luis Robles | 0.1 | |
| July 6, 2004 | LT to Joe Romero and Ronald Adamson from Luis Robles | 0.1 | |
| July 6, 2004 | FC to Luis Robles from Joe Romero | 0.0 | Not Charged |
| July 6, 2004 | LT to Robert March from Luis Robles | 0.1 | |
| July 6, 2004 | FC to McKee Reporting from Joe Romero | 0.0 | Not Charged |
| July 7, 2004 | Rev Motion for protective order re: prohibiting the depo questioning of Kennedy | 0.2 | |
| July 7, 2004 | CL to Joe Romero from Luis Robles | 0.0 | Not Charged |
| July 7, 2004 | LT to Joe Romero and Ronald Adamson from Luis Robles | 0.1 | |
| July 7, 2004 | FC to McKee Reporting from Joe Romero | 0.1 | |
| July 8, 2004 | Rev and notes to file on motion to compel no.1 requiring pltf to serve initial disclosures & fully respond to request for production no.14 | 0.5 | |
| July 8, 2004 | LT to Robert March from Luis Robles | 0.1 | |
| July 8, 2004 | CL to Crystal DeYapp from Joe Romero | 0.0 | Not Charged |
| July 9, 2004 | Travel to from FL (including arrangements and time spent in transit in FL) | 15.0 | |
| July 9, 2004 | Deposition of Ronald Foote (including prep work) | 5.6 | |
| July 12, 2004 | FC to Kevin Martinez from Joe Romero | 0.0 | Not Charged |
| July 12, 2004 | Deposition of Amanda Tentler (including prep work) | 0.6 | |
| July 12, 2004 | Deposition of Randall Poppewell (including prep work) | 3.6 | |
| July 13, 2004 | CL to Crystal DeYapp from Joe Romero | 0.0 | Not Charged |
| July 14, 2004 | Deposition of Doug Kennedy (including prep work) | 2.1 | |
| July 15, 2004 | LT to Joe Romero and Ronald Adamson from Luis Robles | 0.1 | |
| July 16, 2004 | LT to Luis Robles from Joe Romero | 0.1 | |
| July 18, 2004 | LT to Luis Robles from Certified Court Reporters, Inc. | 0.1 | |
| July 19, 2004 | Deposition of Junior Juarez (including prep work w/client) | 6.6 | |
| July 19, 2004 | Travel to Farmington | 3.3 | |
| July 19, 2004 | rev news article | 0.2 | |
| July 20, 2004 | FC to Joe Romero from Certified Court Reporters, Inc. | 0.1 | |
| July 20, 2004 | Deposition of Crystal Deyapp (including prep work w/client) | 7.0 | |
| July 23, 2004 | Rev Answer annotate complaint note to file | 3.3 | |

| Date | Description | Hours | Note | |
|---|---|---|---|---|
| July 23, 2004 | Rev Cert of service of 6th supplemental initial disclosures  to counsel on 7/23/04 | 0.1 | | |
| July 23, 2004 | Rev answer  to pltf Junior Juarez' first amended complaint | 0.8 | | |
| July 23, 2004 | LT to Robert March from Luis Robles | 0.1 | | |
| July 23, 2004 | LT to Robert March from Luis Robles | 0.1 | | |
| July 23, 2004 | LT to Joe Romero and Ronald Adamson from Luis Robles | 0.1 | | |
| July 26, 2004 | LT to Daniel Clifford from Luis Robles | 0.1 | | |
| July 26, 2004 | LT to Richard Webber from Luis Robles | 0.1 | | |
| July 26, 2004 | LT to Terry Eagle from Joe Romero Rev and make notes | 1.4 | | |
| July 26, 2004 | FC to Kevin Martinez from Joe Romero | 0.0 | Not Charged | |
| July 26, 2004 | FC to Kevin Martinez from Joe Romero | 0.0 | Not Charged | |
| July 26, 2004 | LT to Terry Eagle from Joe Romero | 0.7 | | |
| July 27, 2004 | LT to Luis Robles from Joe Romero | 0.2 | | |
| July 28, 2004 | Deposition of Daniel Clifford (Not Charged) | 0.0 | Not Charged | |
| July 28, 2004 | CL to Crystal DeYapp from Joe Romero | 0.0 | Not Charged | |
| July 29, 2004 | Deposition of Richard R. Weber, DO (including prep work) | 1.0 | | |
| July 30, 2004 | LT to Joe Romero, Ronald Adamson, and Kevin Martinez from Luis Robles | 0.1 | | |
| August 2, 2004 | LT to Joe Romero from Ellis Reporting Service | 0.1 | | |
| August 3, 2004 | Confer with counsel and Rev motion for a limited extension of the discovery & dispositive mtns deadlines to allow for the completion of an expert witnesses's depos | 0.0 | Not Charged | |
| August 3, 2004 | LT to Judge Puglisi from Luis Robles | 0.1 | | |
| August 9, 2004 | Rev stip order by Magistrate Judge Richard L. Puglisi granting defts' unopposed motion for a limited extension of the discovery & dispositive mtns deadlines to allow for the completion of expert witnesses's depos | 0.1 | | |
| August 9, 2004 | Rev init sched order and calendar | 1.6 | | |
| August 13, 2004 | Travel to Farmington | 3.3 | | |
| August 13, 2004 | Met with KM and Clients and Reved the scene of the shooting | 2.0 | | |
| August 13, 2004 | View scene with clients | 2.0 | | |
| August 13, 2004 | Travel from Farmington | 3.3 | | |
| August 16, 2004 | Rev notice of completion of briefing on mtn for protective order | 0.1 | | |
| August 16, 2004 | Rev notice of withdrawal of mtn to compel no. 1 re: initial disclosures | 0.1 | | |
| August 16, 2004 | LT to Joe Romero, Ronald Adamson, and Kevin Martinez from Luis Robles | 0.1 | | |

| | | | | |
|---|---|---|---|---|
| August 16, 2004 | LT to Robert March from Luis Robles | 0.1 | | |
| August 16, 2004 | LT to Joe Romero, Ronald Adamson, and Kevin Martinez from Luis Robles | 0.1 | | |
| August 16, 2004 | LT to Junior Juarez from Joe Romero | 0.8 | | |
| August 16, 2004 | LT to Crystal DeYapp from Joe Romero | 0.2 | | |
| August 18, 2004 | Rev Order by Magistrate Judge Richard L. Puglisi granting defts' motion for protective order re: prohibiting the depo questioning of Lt. Kennedy as described herein | 0.2 | | |
| August 24, 2004 | CL to Crystal DeYapp from Joe Romero | 0.0 | Not Charged | |
| August 25, 2004 | LT to Joe Romero, Ronald Adamson, and Kevin Martinez from Luis Robles | 0.1 | | |
| August 27, 2004 | Rev motion for partial summary judgment no. 1 | 3.2 | | |
| August 27, 2004 | LT to Robert March from Luis Robles | 0.1 | | |
| August 27, 2004 | LT to Joe Romero, Ronald Adamson, and Kevin Martinez from Luis Robles | 0.1 | | |
| August 30, 2004 | Rev Mo Taft Tracy for partial summary judgment note to file - KM will take lead. | 0.0 | Not Charged | |
| August 30, 2004 | LT to Robert March from Luis Robles | 0.1 | | |
| September 7, 2004 | Rev unop motion to vacate the initial scheduling order | 0.3 | | |
| September 7, 2004 | LT to Robert March from Luis Robles | 0.1 | | |
| September 7, 2004 | LT to Judge Puglisi from Luis Robles | 0.1 | | |
| September 8, 2004 | Rev stip order by Magistrate Judge Don J. Svet granting defts' unopposed motion to vacate the Initial Scheduling Order | 0.1 | | |
| September 8, 2004 | LT to Thomas Gillespie from Joe Romero | 0.8 | | |
| September 9, 2004 | LT to Kevin Martinez from Joe Romero | 0.1 | | |
| September 14, 2004 | LT to Joe Romero, Ronald Adamson, and Kevin Martinez from Luis Robles | 0.1 | | |
| September 14, 2004 | FC to Joe Romero from Luis Robles | 0.0 | Not Charged | |
| September 14, 2004 | FC to Luis Robles from Joe Romero | 0.0 | Not Charged | |
| September 15, 2004 | Rev unop. mo for a limited extension of the discovery & dispositive mtns deadlines re: expert depos | 0.3 | | |
| September 15, 2004 | Rev Notice of hearing before Senior Judge James A Parker Pretrial conference set for 11/10/04 @ 9:00 am in Albuquerque | 0.1 | | |
| September 15, 2004 | LT to Robert March from Luis Robles | 0.1 | | |
| September 15, 2004 | LT to Judge Puglisi from Luis Robles | 0.1 | | |

| | | | |
|---|---|---|---|
| September 17, 2004 | Rev stip order R by Magistrate Judge Richard L. Puglisi granting defts' unopposed motion for a limited extension of the discovery & dispositive mtns deadlines | 0.1 | |
| September 22, 2004 | CL to Crystal DeYapp from Joe Romero | 0.0 | Not Charged |
| September 24, 2004 | LT to Joe Romero, Ronald Adamson, and Kevin Martinez from Luis Robles | 0.1 | |
| September 28, 2004 | TC with KM re Gillespie | 0.1 | |
| September 30, 2004 | LT to Kevin Martinez from Joe Romero | 0.1 | |
| October 7, 2004 | Rev Memo to KM re depositions for purposes of mailing to expert Lou Rieter. | 0.1 | |
| October 21, 2004 | Rev stipulation by the parties on filing of responsive brief of 33 pages w/exhibits of 82 pages | 0.2 | |
| October 21, 2004 | Assisting in drafting and file response to deft Officer Tracy's motion for partial summary judgment | 1.1 | |
| October 21, 2004 | Draft stipulation as to page limits in response to Motion for summary judgment | 0.1 | |
| November 3, 2004 | Rev minute order re pretrial conference reset | 0.1 | |
| November 3, 2004 | Provide proposed Pretrial Order to KM, Rev proposed changes from KM | 0.5 | |
| November 8, 2004 | Rev reply by Taft Tracy to response to motion for partial summary judgment, note to file | 1.2 | |
| November 28, 2004 | TC KM office re covering PTC | 0.1 | |
| November 29, 2004 | Rev Robles dismissal of supervisory claims. | 0.0 | Not Charged |
| November 29, 2004 | Rev KM Proposed Stipulated Dismissal on supervisory claims | 0.0 | Not Charged |
| November 30, 2004 | FC to Joe Romero from Luis Robles | 0.0 | |
| November 30, 2004 | LT to Joe Romero, Ronald Adamson, and Kevin Martinez from Luis Robles | 0.1 | |
| December 2, 2004 | Rev proposed Pretrial Order from KM note to file | 0.2 | |
| December 2, 2004 | Provide KM with treating docs names for PTO. | 0.1 | |
| December 3, 2004 | FC to Kevin Martinez from Joe Romero | 0.0 | |
| December 3, 2004 | Provided the settlement proposals to KM. | 0.1 | |
| December 6, 2004 | Discuss ptc with km | 0.0 | Not Charged |
| December 6, 2004 | Communication to with KM re draft of Pre Trial Report and discuss the proposed trial date of January | 0.1 | |
| December 6, 2004 | TC re availability for trial in January. | 0.1 | |
| December 7, 2004 | LT to Judge Parker from Luis Robles | 0.1 | |
| December 8, 2004 | Discuss Robles request re expert with KM | 0.1 | |

| | | | | |
|---|---|---|---|---|
| December 13, 2004 | LT to Joe Romero, Ronald Adamson, and Kevin Martinez from Luis Robles | 0.1 | | |
| December 15, 2004 | Rev notice of hearing Jury trial set for 3/7/05 at 1:30 pm before Senior Judge Parker | 0.1 | | |
| December 21, 2004 | CL to Crystal DeYapp from Joe Romero | 0.0 | Not Charged | |
| December 31, 2004 | LT to Joe Romero, Ronald Adamson, and Kevin Martinez from Luis Robles | 0.1 | | |
| January 4, 2005 | LT to Joe Romero, Ronald Adamson, and Kevin Martinez from Luis Robles | 0.1 | | |
| January 7, 2005 | Rev Order by Senior Judge James A. Parker denying motion for partial summary judgment by Taft Tracy; parties agree that Crystal DeYapp is no longer a minor and should be substituted as pltf in place of Kenneth DeYapp and as further described herein, memo to file, tc KM, EM plan notes to KM | 2.9 | | |
| January 12, 2005 | LT to Luis Robles from Kevin Martinez | 0.1 | | |
| January 14, 2005 | TC KM re defendants will offer nothing to Junior Juarez | 0.1 | | |
| January 18, 2005 | LT to Joe Romero, Ronald Adamson, and Kevin Martinez from Luis Robles | 0.1 | | |
| January 23, 2005 | TC KM re expert unavailability for depo | 0.0 | | |
| January 24, 2005 | LT to Judge Parker from Luis Robles | 0.1 | | |
| January 30, 2005 | LT to Joe Romero, Ronald Adamson, and Kevin Martinez from Luis Robles | 0.1 | | |
| February 1, 2005 | TC KM re necessary medical records and bills for exhibits. | 0.1 | | |
| February 2, 2005 | Rev PTO | 0.8 | | |
| February 7, 2005 | MTG KM re preparing exhibit list | 1.0 | | |
| February 12, 2005 | Discuss radiology films with KM | 0.0 | Not Charged | |
| February 12, 2005 | NOTICE of hearing before Senior Judge James A Parker Jury selection/trial set for 3/7/05 | 0.1 | | |
| February 12, 2005 | Prepare summary of Juarez injuries (internal memo) for KM | 2.1 | | |
| February 12, 2005 | Discuss radiology films for both Juarez and Deyapp as exhibits with KM | 0.1 | | |
| February 14, 2005 | LT to Joe Romero and Kevin Martinez from Luis Robles | 0.1 | | |
| February 14, 2005 | LT to Joe Romero and Kevin Martinez from Luis Robles | 0.1 | | |
| February 14, 2005 | LT to Joe Romero and Kevin Martinez from Luis Robles | 0.1 | | |
| February 15, 2005 | LT to Luis Robles from Joe Romero | 0.1 | | |
| February 15, 2005 | Rev KM's 1st proposed exhibit list | 0.1 | | |

| | | | | |
|---|---|---|---|---|
| February 15, 2005 | TC KM re accelaration marks, strategy | 0.0 | Not Charged | |
| February 15, 2005 | Rev and notes to file and EM to KM and Research re motion in limine 1: exclusion of evidence at trial re officers' use of force in prior & subsequent, unrelated incidents, police standard operating procedures, training & less intrusive alternativee | 3.9 | | |
| February 15, 2005 | MTG and REV and RES re motion in limine-II: exclusion of pltfs' police procedures expert based on failure to meet standards set forth in Daubert v. Merrell Dow Pharmaceuticals, Inc | 1.8 | | |
| February 15, 2005 | MTG and REV and RES re motion in limine-III: admissibility of evidence at trial of Junior Juarez's & other witnesses' unrelated misconduct, & Junior Juarez's & Crystal Deyapp's negligent conduct & disposition of underlying criminal case against pltf | 2.1 | | |
| February 15, 2005 | Rev defense witness list | 0.7 | | |
| February 15, 2005 | LT to Matthew Dykman from Luis Robles | 0.1 | | |
| February 15, 2005 | LT to Matthew Dykman from Luis Robles | 0.1 | | |
| February 15, 2005 | Rev KM letter to accident reconstructionist enclosing information for Rev | 0.0 | Not Charged | |
| February 15, 2005 | TC KM re first round of witnesses that need to be subpoenaed to trial | 0.1 | | |
| February 15, 2005 | Communication with accident reconstructionist on characteristics of "acceleration marks" | 0.5 | | |
| February 15, 2005 | MTG with KM re first proposed motion in limine regarding gang membership | 0.2 | | |
| February 15, 2005 | TC with KM regarding characteristics of "acceleration mark" | 0.1 | | |
| February 15, 2005 | TC KM regarding requesting more detailed defense medical expert reports in preparation for trial. | 0.1 | | |
| February 15, 2005 | Research expert opinions issue when no expert identified in disclosures and discuss same with KM | 0.4 | | |
| February 16, 2005 | Draft and file plaintiffs' joint motion in limine no. 1 testimony or evidence re: gang membership or referring to the "juvenile fight" as a "gang fight" | 3.8 | | |
| February 16, 2005 | Research for motion in limine no. 2 testimony re: any factors or evidence not relevant under Graham v. Connor | 2.3 | | |
| February 16, 2005 | Draft motion in limine no. 2 | 1.2 | | |
| February 16, 2005 | Draft motion in limine no. 3 prior bad acts evidence | 2.2 | | |

| | | | | |
|---|---|---|---|---|
| February 16, 2005 | Assist in drafting motion in limine no. 4: opinion or accident reconstruction tetstimony by investigating officers or police practices expert | 2.0 | | |
| February 16, 2005 | Draft and file motion in limine no. 5: good character award or "life in jeopardy" evidence | 1.8 | | |
| February 16, 2005 | Rev notice by Tracy of depo designations | 0.4 | | |
| February 16, 2005 | Rev depo transcripts; memo to file | 3.9 | | |
| February 17, 2005 | Teleconf. with KM and Traj. Rebut. Expert | 0.0 | Not Charged | |
| February 18, 2005 | TC KM re McCarthy | 0.0 | Not Charged | |
| February 18, 2005 | TC KM re witnesses | 0.0 | Not Charged | |
| February 18, 2005 | TC with KM regarding trip to Farmington to visit with clients and regarding responses to motions in limine | 0.2 | | |
| February 18, 2005 | TC with KM re additional witness that should be subpoenaed for attendance at trial. | 0.1 | | |
| February 18, 2005 | Efiling witness list | 0.1 | | |
| February 19, 2005 | Witness list for trial | 0.0 | Not Charged | |
| February 20, 2005 | TC KM re caliber of weapon fired by Tracy | 0.2 | | |
| February 20, 2005 | TC with KM regarding meeting to discuss witnesses for direct and cross and to discuss subpoenas | 0.1 | | |
| February 20, 2005 | TC KM regarding med records and bills. | 0.1 | | |
| February 21, 2005 | Revise witness list | 0.2 | | |
| February 21, 2005 | FC to Luis Robles from Joe Romero | 0.0 | Not Charged | |
| February 21, 2005 | LT to Ronald Liss from Joe Romero | 0.1 | | |
| February 21, 2005 | LT to Robert Orbelo from Joe Romero | 0.1 | | |
| February 21, 2005 | LT to David Dunworth from Joe Romero | 0.1 | | |
| February 21, 2005 | MTG with KM to discuss witness testimony, exhibits, legal issues in case and witnesses | 2.5 | | |
| February 21, 2005 | TC KM re Def Motion in Limine 1 | 0.2 | | |
| February 21, 2005 | TC KM re amended witness list and filing of amended witness list | 0.1 | | |
| February 21, 2005 | TC KM regarding ballistics of weapon | 0.1 | | |
| February 22, 2005 | Rev objections, research, etc to deft's designation of witness to appear by depo & ntc of designation of depo testimony | 0.9 | | |
| February 22, 2005 | Prepare litigation memo, rev file | 1.8 | | |
| February 22, 2005 | Rev depo designations by defendant and for pltfs | 1.1 | | |
| February 22, 2005 | Rev response Taft Tracy to joint motion in limine no. 1 testimony or evidence re: gang membership or referring to the "juvenile fight" as a "gang fight" | 0.2 | | |

| | | | | |
|---|---|---|---|---|
| February 22, 2005 | Rev response Taft Tracy to motion in limine no. 2 testimony re: any factors or evidence not relevant under Graham v. Connor | 0.2 | | |
| February 22, 2005 | Rev response Taft Tracy to motion in limine no. 3 prior bad acts evidence | 0.2 | | |
| February 22, 2005 | Rev response Taft Tracy to motion in limine no. 4: opinion or accident reconstruction testimony by investigating officers or police practices expert | 0.2 | | |
| February 22, 2005 | Rev response Taft Tracy to motion in limine no. 5: good character award or "life in jeopardy" evidence | 0.2 | | |
| February 22, 2005 | Rev exhibit listlist by Taft Tracy | 0.4 | | |
| February 22, 2005 | LT to Robert Orbelo from Joe Romero | 0.1 | | |
| February 22, 2005 | CL to Luis Robles from Joe Romero | 0.0 | Not Charged | |
| February 22, 2005 | LT to Matthew Dykman from Luis Robles | 0.1 | | |
| February 22, 2005 | TC KM re full metal jacket round | 0.1 | | |
| February 22, 2005 | MTG BCC re research tasks on motions in limine | 0.4 | | |
| February 22, 2005 | TC KM re status of contacting physicians and notifying them of pending trial date. | 0.1 | | |
| February 22, 2005 | TC KM re responses to Motions in Limine | 0.1 | | |
| February 23, 2005 | Draft and file reply by plaintiff to response to motion in limine no. 4: opinion or accident reconstruction testimony by investigating officers or police practices expert | 1.8 | | |
| February 23, 2005 | Rev BCC research and draft response by plaintiff in opposition to motion in limine-1: exclusion of evidence at trial re officers' use of force in prior & subsequent, unrelated incidents, police standard operating procedures, training & less intrusive alternatives | 1.9 | | |
| February 23, 2005 | Rev BCC research and draft response by plaintiff in opposition to motion in limine-III: admissibility of evidence at trial of Junior Juarez's & other witnesses' unrelated misconduct, & Junior Juarez's & Crystal Deyapp's negligent conduct & disposition of underlying criminal case against pltf | 2.0 | | |
| February 23, 2005 | Rev BCC research and draft response by plaintiff in opposition to motion in limine-II: exclusion of pltfs' police procedures expert based on failure to meet standards set forth in Daubert v. Merrell Dow Pharmaceuticals, Inc | 1.0 | | |
| February 23, 2005 | LT to Judge Parker from Joe Romero | 0.1 | | |
| February 23, 2005 | LT to Luis Robles from Joe Romero | 0.1 | | |

| Date | Description | Hours | | |
|---|---|---|---|---|
| February 24, 2005 | Rev amended objs to designations of witnesses to appear by depo & pltf's designation of depo testimony | 0.0 | | |
| February 24, 2005 | Rev KM memo, MTG with KM re officer testimony, etc | 2.2 | | |
| February 25, 2005 | Finalize and file jury insts. | 4.2 | | |
| February 25, 2005 | Rev and notes to file re tral brief by Tracy | 0.9 | | |
| February 25, 2005 | Rev taft tracy jury instructions, note to file | 2.0 | | |
| February 25, 2005 | LT to Matthew Dykman from Luis Robles | 0.1 | | |
| February 25, 2005 | LT to Judge Parker from Luis Robles | 0.1 | | |
| February 25, 2005 | LT to Joe Romero and Kevin Martinez from Luis Robles | 0.1 | | |
| February 25, 2005 | TC KM RE substance of hearing before Judge Parker | 0.1 | | |
| February 25, 2005 | TC with KM re Rev of P's J.I. | 0.1 | | |
| February 25, 2005 | Final Rev of Plaintiffs first set of Proposed Jury Instructions | 0.0 | Not Charged | |
| February 25, 2005 | TC with KM regarding efforts to contact witnesses for trial. | 0.1 | | |
| February 28, 2005 | Rev motion for order to designate pltfs as a single party for the purpose of exercising peremptory challenges, res case law | 0.5 | | |
| February 28, 2005 | CL to Luis Robles from Joe Romero | 0.0 | Not Charged | |
| February 28, 2005 | LT to Matthew Dykman from Luis Robles | 0.1 | | |
| February 28, 2005 | TC KM re Rev of Popplewell witness deposition. | 0.0 | Not Charged | |
| February 28, 2005 | TC KM regarding Nabors. | 0.0 | Not Charged | |
| February 28, 2005 | TC KM re Albrecht | 0.1 | | |
| March 1, 2005 | Work on exhibit plan | 0.9 | | |
| March 1, 2005 | Pre-trial conference and prep | 0.8 | | |
| March 1, 2005 | Research on .357 sig, in preparation for Terry Eagles pre-trial interview and in preparation for cross, time researching ballistic trajectory patterns, blood spatter patterns, skid and acceleration marks, impact of bullets on different surfaces (to wit: bone, glass, etc.) | 6.1 | | |
| March 2, 2005 | Prepare and file proposed voir dire | 2.5 | | |
| March 2, 2005 | CL to Luis Robles from Joe Romero | 0.0 | Not Charged | |
| March 2, 2005 | MTG KM regarding initial Rev of jury panel | 0.1 | | |
| March 2, 2005 | TC KM re proposed Voir Dire questions and topics | 0.1 | | |
| March 2, 2005 | Rev proposed Voir Dire questions | 0.6 | | |
| March 3, 2005 | Rev defense proposed voir dire | 0.5 | | |
| March 3, 2005 | LT to Matthew Dykman from Luis Robles | 0.1 | | |
| March 3, 2005 | Reasearch on juror backgrounds; lexis news, etc | 10.2 | | |
| March 3, 2005 | EM re instructions from Mora case from KM | 0.1 | | |
| March 3, 2005 | Rev Draft stipulation from KM | 0.0 | Not Charged | |

| | | | |
|---|---|---|---|
| March 4, 2005 | Memo re jurors and findings | 3.1 | |
| March 4, 2005 | Final pre-trial conference held before Senior Judge James A. Parker | 0.6 | |
| March 4, 2005 | Rev defendant's wit list | 0.1 | |
| March 4, 2005 | MTG KM re joint statement of the case by parties | 0.4 | |
| March 4, 2005 | LT to Judge Parker from Luis Robles | 0.1 | |
| March 4, 2005 | LT to Matthew Dykman from Luis Robles | 0.1 | |
| March 4, 2005 | Submission of Stipulation as to case | 0.0 | Not Charged |
| March 4, 2005 | Submission of Joint Statement of Case | 0.0 | Not Charged |
| March 4, 2005 | Final Pre Trial Conference before Honorable James Parker | 1.1 | |
| March 4, 2005 | Rev damages boards as exhibits for trial. | 0.0 | Not Charged |
| March 5, 2005 | Res laws on window tinting | 1.9 | |
| March 5, 2005 | Res accel. Marks and consult with rebuttal expert | 5.8 | |
| March 5, 2005 | Rev Tracy depo summary from KM | 0.1 | |
| March 5, 2005 | Rev Nabors, Popplewell, Juarez depo and interview summaries from KM | 0.1 | |
| March 6, 2005 | Prepare for and interview T. Eagle and memo to file | 4.3 | |
| March 6, 2005 | MTG KM re opening and delegation of witnesses | 2.1 | |
| March 6, 2005 | Rev witness statements and depos | 3.3 | |
| March 6, 2005 | TC with KM re dispatch tape referencing large juvenile fight. | 0.1 | |
| March 7, 2005 | Prep, Trial work, MTG with KM and clients re next day of trial, etc., mtg with BCC re research tasks prepare notes for witness questioning, etc | 11.4 | |
| March 8, 2005 | Prep, Trial work, MTG with KM and Clients re next day of trial, etc. | 12.2 | |
| March 9, 2005 | Prep, Trial work, MTG with KM and Clients re next day of trial, etc. | 10.5 | |
| March 9, 2005 | Work on jury instructions | 2.8 | |
| March 10, 2005 | Note from Jury | 0.0 | Not Charged |
| March 10, 2005 | Note from jury and polling of the jury | 0.0 | Not Charged |
| March 10, 2005 | Retrieving exhibits | 0.0 | Not Charged |
| March 11, 2005 | EM to Debra Meyeux from Joe Romero | 1.0 | |
| March 12, 2005 | Rev news article | 0.1 | |
| March 12, 2005 | Rev news article | 0.1 | |
| March 18, 2005 | Rev proposed Judgment forwarded | 0.1 | |
| March 19, 2005 | Rev news article | 0.1 | |
| April 20, 2005 | Rev notice of hearing before Senior Judge James A Parker on the form of judgment | 0.0 | Not Charged |
| April 26, 2005 | Rev judgment by Senior Judge James A. Parker | 0.0 | Not Charged |

| Date | Description | Time | | |
|---|---|---|---|---|
| May 4, 2005 | Rev motion for judgment as a matter of law or in the alternative for new trial not to file and prelim research | 2.3 | | |
| May 19, 2005 | Rev time notes and records and preparing spreadsheet | 3.3 | | |
| May 20, 2005 | TC KM re mediation request | 0.0 | Not Charged | |
| May 23, 2005 | Conversation with Judge Puglisi's Chambers to arrange settlement facilitation. | 0.0 | Not Charged | |
| May 24, 2005 | Preparing motion to extend deadline until 6/27/05 in which to file costs & fee petition | 1.5 | | |
| May 25, 2005 | Preparing order to extend deadline until 6/27/05 in which to file costs & fee petition | 0.2 | | |
| June 1, 2005 | Work on time and fee organization and summary | 2.0 | | |
| June 2, 2005 | work on time and fee organization and summary | 2.1 | | |
| June 18, 2005 | Meeting with Brandon Cummings regarding fee petition and affidavits. | 0.0 | Not Charged | |
| June 22, 2005 | Work on fee petition and affidavits, etc | 3.6 | | |
| June 29, 2005 | Finalize fee application | 1.1 | | |
| | | | | |
| | Total Hours | 502.9 | | |
| | Rate | $225.00 | | |
| | Subtotal | $113,152.50 | | |
| | NM Gross Receipts Tax | $7,637.79 | | |
| | Total | $120,790.29 | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | **Brandon Cummings Timesheet - DeYapp and Juarez v. Tracy** | | | |
| | | | | |
| **Date** | **Description** | **Time** | | |
| February 22, 2005 | MTG JMR re research tasks on motions in limine | 0.1 | | |
| February 23, 2005 | Legal research for response to motion in limine-1: exclusion of evidence at trial re officers' use of force in prior & subsequent, unrelated incidents, police standard operating procedures, training & less intrusive alternatives | 1.0 | | |
| February 23, 2005 | Legal research for response to motion in limine-III: admissibility of evidence at trial of Junior Juarez's & other witnesses' unrelated misconduct | 0.6 | | |

| | | | | |
|---|---|---|---|---|
| February 23, 2005 | Legal research for respons to motion in limine II: exclusion of pltfs' police procedures expert based on failure to meet standards set forth in Daubert v. Merrell Dow Pharmaceuticals, Inc | 0.6 | | |
| March 6, 2005 | prepare witness questioning concept notes | 0.5 | | |
| March 7, 2005 | MTG with JMR re: witness questioning notes and outline | 0.4 | | |
| | | | | |
| | Total Hours | 3.2 | | |
| | Rate | $85.00 | | |
| | Subtotal | $272.00 | | |
| | NM Gross Receipts Tax | $18.36 | | |
| | Total | $290.36 | | |
| | | | | |
| | **CASE COST LOG** | | | |
| | | | | |

| DATE PAID | PAYEE | ITEM | CHECK # | AMOUNT |
|---|---|---|---|---|
| April 22, 2002 | US District Court | Civil Filing Fee | 7457 | $ 150.00 |
| August 8, 2002 | Eagle Eye Private Investigator | Service of Subpoenas | 7725 | $ 32.00 |
| September 30, 2002 | San Juan Medical Center | Medical Records Fee | 7915 | $ 26.75 |
| March 26, 2003 | Four Corners Radiology | Medical Records Fee | 8288 | $ 11.00 |
| March 20, 2003 | Kent Wood | | 8310 | $ 158.72 |
| April 3, 2003 | Richard Weber, DO | Medical Examination | 8318 | $ 800.00 |
| | | | | |
| | | | Total | $ 1,178.47 |