IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

CRYSTAL DEYAPP,

        Plaintiff,

vs.                                                    No. CIV 02-00452 JP/RLP

FARMINGTON POLICE OFFICER TAFT TRACY,
And CITY OF FARMINGTON

        Defendant.

*Consolidated with*

JUNIOR JUAREZ,

        Plaintiff,

vs.                                                    No. CIV 02-00453 JP/RLP

FARMINGTON POLICE OFFICER TAFT TRACY,
And CITY OF FARMINGTON

        Defendant.

### EXHIBITS TO PLAITIFF'S MOTION FOR ATTORNEYS' FEES AND EXPENSES AND TO MEMORANDUM BRIEF IN SUPPORT OF MOTION FOR ATTORNEYS' FEES AND EXPENSES

1.      Affidavit of Ronald R. Adamson, Esq.

2.      Affidavit of Dennis W. Montoya, Esq.

                                                  Respectfully Submitted,

                                                  Ronald R. Adamson
                                                  Attorney at Law
                                                  217 N. Schwartz Ave
                                                  Farmington NM 87401-5546

I hereby certify that a true and correct
Copy of the foregoing pleading was
faxed and mailed to opposing counsel
on July 7, 2005.

*Ronald R. Adamson*
Ronald R. Adamson

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

CRYSTAL DEYAPP,

        Plaintiff,

vs.                                          No. CIV 02-00452 JP/RLP

FARMINGTON POLICE OFFICER TAFT TRACY,
And CITY OF FARMINGTON

        Defendant.

*Consolidated with*

JUNIOR JUAREZ,

        Plaintiff,

vs.                                          No. CIV 02-00453 JP/RLP

FARMINGTON POLICE OFFICER TAFT TRACY,
And CITY OF FARMINGTON

        Defendant.

## AFFIDAVIT OF RONALD R. ADAMSON, ESQ IN SUPPORT OF HIS FEE REQUEST

| | |
|---|---|
| STATE OF NEW MEXICO | ) |
| | ) ss. |
| COUNTY OF SAN JUAN | ) |

Ronald R. Adamson, being first duly sworn, and upon his oath, deposes and states:

1.     I am competent to make all of the statements contained in this affidavit.

2.     All of the statements contained in this affidavit are based upon my own, firsthand knowledge.

3.     I was an attorney engaged in the representation of Junior Juarez in the above captioned case.

4. I am and have been a member in good standing of the New Mexico Bar since 1981. I received my bachelor's degree from New Mexico State University in 1979 and received my Juris Doctor from California Western School of Law in 1981. I was admitted to practice in the local federal district in 1982.

5. Although I specialize in criminal defense work, I have been involved in numerous civil cases at both the state and federal level.

6. My customary hourly rate for criminal defense work is two hundred dollars per hour ($200.00/hr). As stated in my fee application, working with clients who are unable to afford to pay substantial fees is a focus of my practice. I accept a decreased hourly rate when working on behalf of clients who cannot pay this rate. The fees paid by these clients reflect the clients' ability to pay, rather than the fees that I could generate if I did not accept indigent and semi-indigent clients.

7. My extensive experience in criminal defense work has proven to be very beneficial in litigating civil rights cases that allege police and/or jail guard misconduct.

8. I also have experience in civil litigation, in particular Indian Law litigation, for the Nordhaus law firm (Nordhaus, Haltom, Taylor, Taradash & Bladh, LLP).

9. My customary hourly rate for work in civil rights cases and other civil actions is one hundred and thirty dollars per hour ($130.00/hr). This rate accurately reflects my level of experience in civil rights litigation. I have received this rate from attorneys, including Dennis W. Montoya who is providing an affidavit in support of my fee application, who have retained me directly to assist them in civil rights actions.

10. My work on this case was reasonable and necessary and I have worked diligently to exercise billing judgment in my fee application. I have not charged for any efforts that I believe were duplicative of the other attorney retained to work on Junior Juarez's case, Kevin Martinez.

FURTHER AFFIANT SAITH NOT.

_____
RONALD R. ADAMSON

SUBSCRIBED AND SWORN TO before me this 30th day of June, 2005 by Ronald R. Adamson.

_____
NOTARY PUBLIC

My Commission Expires:

June 14, 2009

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

CRYSTAL DEYAPP,

        Plaintiff,

vs.                                                                 No. CIV 02-00452 JP/RLP

FARMINGTON POLICE OFFICER TAFT TRACY,
And CITY OF FARMINGTON

        Defendant.

*Consolidated with*

JUNIOR JUAREZ,

        Plaintiff,

vs.                                                    No. CIV 02-00453 JP/RLP

FARMINGTON POLICE OFFICER TAFT TRACY,
And CITY OF FARMINGTON

        Defendant.

## AFFIDAVIT OF ATTORNEY DENNIS W. MONTOYA IN SUPPORT OF RONALD R. ADAMSON, ESQ IN SUPPORT OF HIS FEE REQUEST

STATE OF NEW MEXICO    )
                                    ) ss.
COUNTY OF BERNALILLO    )

Dennis W. Montoya, being first duly sworn, and upon his oath, deposes and states:

1. I am competent to make all of the statements contained in this affidavit.

2. All of the statements contained in this affidavit are based upon my own, firsthand knowledge.

3. I am and have been a member in good standing of the New Mexico Bar since 1985. I specialize in civil rights litigation, both in the arena of police and jail

guard misconduct and employment litigation.

4. I have worked with Ronald R. Adamson on a number of civil rights cases. On the cases in which I have retained Mr. Adamson to work for me his hourly rate was one hundred and twenty-five and, subsequently, one hundred and thirty dollars per hour.

5. In my experience, this rate is far below that charged by attorneys with experience equivalent to that of Mr. Adamson. His work has always been more than satisfactory and the fees paid to him are always well spent. For comparison purposes, my hourly rate is two hundred and twenty-five dollars per hour.

6. At Mr. Adamson's request, I have reviewed his timesheet and, in my professional opinion, the time billed by Mr. Adamson is extremely reasonable.

7. I am also familiar with the counsel who defended this action, Luis Robles. I have litigated against him in a number of cases and I have gone to trial against Mr. Robles on one occasion. Mr. Robles is an extremely capable and talented attorney who focuses his practice, as far as I can tell, exclusively on defending cases that involve police misconduct. Mr. Robles is a very thorough litigator and, in consequence, litigating against him requires substantial and careful work.

FURTHER AFFIANT SAITH NOT.

_____
DENNIS W. MONTOYA

SUBSCRIBED AND SWORN TO before me this 30th day of June, 2005 by Dennis W. Montoya.

_____
NOTARY PUBLIC

My Commission Expires:

June 14, 2009

2